UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIENNA LYONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., *et al.*,<br><br>Defendants. | No. 1:21-cv-01047<br><br><br>**ORDER** |
| VICTORIA GALLAGHER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, *et al.*,<br><br>Defendants. | No. 1:21-cv-01052<br><br><br>**ORDER** |
| GARY STROCKBINE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY a/k/a PHEAA d/b/a FEDLOAN SERVICING,<br><br>Defendant. | No. 1:21-cv-09096<br><br><br>**ORDER** |

**O'HEARN, District Judge.**

Before the Court is the Joint Motion to Dismiss filed in three separate actions (Case No. 21-01047, ECF No. 33; Case No. 21-01052, ECF No. 23; Case No. 21-09096, ECF No. 11) by Navient Corporation, Navient Solutions, LLC, Great Lakes Educational Loan Services, Inc.,

Nelnet Diversified Solutions, Nelnet Servicing, LLC, Nelnet, Inc., and Pennsylvania Higher Education Assistance Agency a/k/a PHEAA d/b/a FedLoan Servicing (collectively, the "Defendants") seeking to dismiss the Class Action Complaints (Case No. 21-01047, ECF No. 1; Case No. 21-01052, ECF No. 1; Case No. 21-09096, ECF No. 1) filed by Sienna Lyons, Danielle Labella, Saundra O'Donnell, Victoria Gallagher and Megan O'Donnell, Gary Strockbine, Sean Maher, and Rachel Ann Philbin (collectively, the "Plaintiffs").

The Court did not hear oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this  1st  day of  March  2022

**ORDERED** that Defendants' Joint Motion to Dismiss (Case No. 21-01047, ECF No. 33; Case No. 21-01052, ECF No. 23; Case No. 21-09096, ECF No. 11) is **GRANTED**, and it is further

**ORDERED** that Plaintiffs' Complaints (Case No. 21-01047, ECF No. 1; Case No. 21-01052, ECF No. 1; Case No. 21-09096, ECF No. 1) are **DISMISSED WITHOUT PREJUDICE**, and it is further

**ORDERED** that the Clerk of the Clerk shall close these cases (Case No. 21-01047; Case No. 21-01052; Case No. 21-09096).

**SO ORDERED.**

                           /s/ *Christine P. O'Hearn*
                           **Christine P. O'Hearn**
                           **United States District Judge**